# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Eric Burress, et. al., | ) | |
| --- | --- | --- |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Wyoming Casing Service, Inc., et. al., | ) | Case No. 1:16-cv-080 |
| Defendants. | ) | |

On October 13, 2017, the parties contacted the court to request an additional sixty days to submit a Case Management Plan. The court **GRANTS** the parties' request. The parties shall have until December 13, 2017, to prepare and submit a Case Management Plan in "Wordperfect" or in "Word" format to the undersigned at ndd_J-Miller@ndd.uscourts.gov. The court shall conduct a status conference with the parties by telephone on December 15, 2017, at 10:00 a.m. CST to discuss said Case Management Plan. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 26th day of October, 2017.

>/s/ Charles S. Miller, Jr.
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court