# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Eric Burruss, et al., ) | |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Case No. 1-16-cv-80 |
| Wyoming Casing Services, Inc., et al., ) | |
| ) | |
| Defendants. ) | |

The court held a status conference with the parties on February 27, 2018, to discuss the status of the case. Based upon the discussion during that conference, the court directs the parties to submit a scheduling plan to the court if they are not able to resolve the case by April 6, 2018.

**IT IS SO ORDERED.**

Dated this 27th day of February, 2018.

                                               */s/ Charles S. Miller, Jr.*
                                               Charles S. Miller, Jr., Magistrate Judge
                                               United States District Court