# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Eric Burruss, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Wyoming Casing Services, Inc., et. al., | ) | Case No. 1:16-cv-080 |
| | ) | |
| Defendants. | ) | |

The parties shall have until April 25, 2018, to submit a scheduling plan to the court if they are not able to resolve their dispute.

**IT IS SO ORDERED.**

Dated this 16th day of April. 2018.

                                                      */s/ Charles S. Miller, Jr.*
                                                      Charles S. Miller, Jr., Magistrate Judge
                                                      United States District Court