# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Eric Burress, et. al., | ) | |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Wyoming Casing Services, Inc., et. al., | ) | Case No. 1:16-cv-080 |
| Defendants. | ) | |

The parties shall have until August 1, 2018, to submit a scheduling plan to the court or otherwise update the court on the status of their efforts to resolve this matter.

**IT IS SO ORDERED.**

Dated this 9th day of July, 2018.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court