# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Eric Burress, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Wyoming Casing Services, Inc., et. al., | ) | Case No. 1:16-cv-080 |
| | ) | |
| Defendants. | ) | |

Before the court is a "Joint Motion to Stay Proceedings" filed by the parties on October 12, 2018. The parties are requesting that the court stay this action for a period of seventy-five days so that they can focus their resources on resolution of this matter.

The court **GRANTS** the parties' motion (Doc. No. 144). The above-entitled action shall be stayed until January 7, 2019.

**IT IS SO ORDERED.**

Dated this 26th day of October, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court