# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Eric Burress, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Wyoming Casing Services, Inc., et. al., | ) | Case No. 1:16-cv-080 |
| | ) | |
| Defendants. | ) | |

Before the court is a "Joint Motion for Continuation of Stay" filed by the parties on January 7, 2019. The parties are requesting that the court extend the stay for an additional sixty days to permit them to finish settlement negotiations.

The court **GRANTS** the motion (Doc. No. 146) and extends the stay until March 8, 2019.

**IT IS SO ORDERED.**

Dated this 8th day of January, 2019.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr., Magistrate Judge
                                                United States District Court