## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Eric Burress, Dustin Rook, Justin Heath, Christopher Zachary, and all Others Similarly Situated Under 29 USC § 216(b), <br><br>　　　　　Plaintiffs, <br><br>　vs. <br><br>Wyoming Casing Services, Inc., & Steve Halvorson, <br><br>　　　　　Defendants. | **ORDER GRANTING MOTION REQUESTING A SCHEDULING AND STATUS CONFERENCE** <br><br><br><br><br><br>Case No.: 1:16-cv-080 |

On July 26, 2016, the court held a scheduling conference with the parties. (Doc. No. 56). Based upon its discussion with the parties, court did not issue a scheduling order at that time. (Id.). On October 26, 2017, the court issued an order directing the parties to submit a case management plan by December 13, 2017. (Doc. No. 127). On December 15, 2017, the court held a status conference with the parties. (Doc. No. 130). On February 27, 2018, the court held another status conference with the parties. (Doc. No. 132). It also issued an order directing the parties to submit a proposed scheduling plan by April 6, 2018, if they were unable to resolve this matter. (Doc. No. 133). In a series of subsequent orders, the court extended the deadline for submitting a scheduling plan until August 1, 2018. (Doc. No. 134-136). On August 1, 2018, plaintiffs filed a Status Report and Scheduling/Discovery Plan Proposal. (Doc. No. 137). On October 26, 2018, the court granted a joint motion to stay this action until January 1, 2019. (Doc. No. 145). On motion by the parties, the court extended the stay until March 8, 2019. (Doc. No. 147). On January 23, 2019, defendants filed a Motion to Require Plaintiff's Counsel to Communicate Settlement Offers. (Doc. No. 148). On June 12, 2019, after being advised that this matter would settle, the court issued an order giving

1

the parties 30 days in which to file their closing documents. (Doc. No. 165). On subsequent motion, the court issue an order extending deadline for submitting closing documents until September 12, 2019. (Doc. No. 166-167). On September 25, 2019, the court issued an order deeming as moot defendants' Motion to Require Plaintiff's Counsel to Communicate Settlement Offers. (Doc. no. 168). On September 17, 2018, the parties filed a Joint Motion for Leave to Submit Settlement Agreement Documents for In Camera Review. (Doc. No. 169). The court granted the motion that same day. (Doc. No. 170).

Now before the court is a Motion to Request a Scheduling and Status Conference filed by defendants on December 18, 2019. (Doc. No. 171). Defendants advise that the case has not settled. They request that the court set a date for a status conference and scheduling conference.

Defendants' request (Doc. No. 171) is **GRANTED**. A status conference and scheduling conference shall be scheduled for January 15, 2020, at 10:00 a.m. by telephone. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

The parties shall email a joint status report and proposed scheduling/discovery plan to ndd_J-Hochhalter@ndd.uscourts.gov by January 13, 2020. Any disagreements among the parties shall be addressed at the conference.

**IT IS SO ORDERED.**

Dated this 19th day of December, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court