# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Eric Burress, Dustin Rook, Justin Heath, Christopher Zachary, and All Others Similarly Situated under 29 USC. § 216(b), <br><br> Plaintiffs, <br><br> vs. <br><br> Wyoming Casing Services, Inc., and Steve Halvorson, <br><br> Defendants. | **ORDER FOR STATUS CONFERENCE** <br><br><br> Case No.: 1:16-cv-80 |

A status conference will be held before the magistrate judge on July 1, 2020, at 9:00 a.m. CDT. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

At the status conference, the parties should be prepared to update the court on their plan for a private mediation.

**IT IS SO ORDERED.**

Dated this 3rd day of February, 2020.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court