# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Eric Burruss, Dustin Rook, Justin Heath, Christopher Zachary, and all others similarly situated under 29 USC § 216(b), ) ) ) ) | |
| ) | **ORDER** |
| Plaintiffs, ) ) | |
| v. ) | |
| Wyoming Casing Services, Inc. and Steve Halvorson, ) ) ) | Case No. 1:16-cv-080 |
| Defendants. ) | |

On June 19, 2020, plaintiffs filed a Motion for Expedited Status Conference. The court **GRANTS** the motion (Doc. No. 199) and schedules a status conference with the parties by telephone on June 25, 2020, at 9:00 a.m. To participate in the conference call, the parties should dial (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 22nd day of June, 2020.

　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　United States District Court