**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Eric Burruss, Dustin Rook, Justin Heath, Christopher Zachary, and all others similarly situated under 29 USC § 216(b), | ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Wyoming Casing Services, Inc. and Steve Halvorson, | ) ) ) | Case No. 1:16-cv-080 |
| Defendants. | ) | |

On June 19, 2020, plaintiffs filed: (1) a "Motion for an Extension of Time to File to Reply to Response to Motion for Class Certification;" and (2) a "Motion for Expedited Status Conference." (Doc. Nos. 198-99). Judge Traynor granted the former, giving plaintiffs until June 29, 2020, to file a reply. (Doc. No. 200). I granted the latter and scheduled a telephonic status conference for June 25, 2020. (Doc. No. 201).

On June 24, 2020, defendants filed a response to plaintiffs' "Motion for Expedited Status Conference" to address, among other things, statements made by plaintiffs regarding a purported settlement and the need to revisit deadlines previously imposed by the court. (Doc. No. 202). On June 25, 2020, plaintiffs filed a reply to defendants' response. (Doc. No. 204).

On June 25, 2020, the court convened the status conference. Pursuant to the its discussion with the parties, the court **ORDERS**:

1. Plaintiffs shall have until July 1, 2020, to file a reply in support of their Motion for Class Certification. Insofar as plaintiffs have requested an extension of all other remaining deadlines, it is **DENIED**. This case has been lingering on the court's

1

docket in excess of four years and in that span the court has extended the pretrial deadlines multiple times. Further extensions are neither necessary nor warranted under the circumstances.

2. Plaintiffs shall have until June 29, 2020, to file a motion to enforce the parties' purported settlement agreement. Defendants response to this motion is due by July 6, 2020. Plaintiffs must obtain leave before filing a reply.

Dated this 25th day of June, 2020.

                                           */s/ Clare R. Hochhalter*
                                           Clare R. Hochhalter, Magistrate Judge
                                           United States District Court