# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Eric Burruss, Dustin Rook, Justin Heath, Christopher Zachary, and all others similarly situated under 29 USC § 216(b),  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>Wyoming Casing Services, Inc. and Steve Halvorson,  )<br>)<br>)<br>Defendants.  ) | **ORDER**<br><br>Case No. 1:16-cv-080 |

The court shall hold a status conference with the parties by telephone on July 10, 2020, at 3:00 p.m. CDT. To participate in the conference call, the parties should dial (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 10th day of July, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court