**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Eric Burruss, Dustin Rook, Justin Heath, Christopher Zachary, and all others similarly situated under 29 USC § 216(b), | ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| v. | ) | |
| Wyoming Casing Services, Inc. and Steve Halvorson, | ) ) ) | Case No. 1:16-cv-080 |
| Defendants. | ) ) | |

On July 20, 2020, plaintiffs filed an "Emergency Motion to Extend Deadlines by 30 Days and for Expedited Status Conference. (Doc. No. 221). They assert, among other things, that defendants responses to a number of their discovery requests are inadequate. They request a 30-day extension of the deadlines for completing discovery, filing discovery related motions and dispositive motions, and disclosing experts. Attached to plaintiffs' motion is a joint stipulation to extend these deadlines. (Doc. No. 221-5).

On July 23, 2020, defendants filed a response to plaintiffs motion. They challenge the assertions made by plaintiffs. However, they do not object to extending the pretrial deadlines

On July 23, 2020, the court held a status conference with the parties by telephone. Pursuant to its discussion with the parties, the court **GRANTS** plaintiffs' motion to extend the pretrial deadlines (Doc. No. 221) and **ADOPTS** the parties' joint stipulation (Doc. No. 221-5). The pretrial deadlines shall be amended as follows:

1. All fact discovery shall be completed by August 31, 2020, with all written discovery to be served a minimum of 30 days prior to this deadline.

2. The deadline for filing discovery motions is September 14, 2020.

3. Plaintiffs shall have until July 31, 2020, to disclose the identity of their experts and until August 6, 2020, to disclose expert reports.

4. Defendants shall have until August 31, 2020, to disclose the identity of their experts and until September 6, 2020, to disclose expert reports.

5. Rebuttal expert disclosures are due by September 21, 2020.

6. Discovery depositions of expert witnesses shall be completed by December 1, 2020.

7. The deadline for filing dispositive motions (e.g. summary judgment, decertification and Daubert Challenges) is September 21, 2020.

Plaintiffs' request for a status conference (Doc. NO. 222) is deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 24th day of July, 2020.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court